SANFORD P. SHATZ (State Bar No. 127229)
sps@severson.com
GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON-A Professional Corporation
The Atrium-19100 Von Karman Avenue, Suite 700
Irvine, California 92612-6578
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON-A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

E-FILED 06/27/2012
~~JS-6~~

Attorneys for Plaintiff
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> REZA BAHRAM TABATABAI, a California resident; LAW OFFICES OF STEERS & ASSOCIATES, APC; HYPERIAN FUND, LP; UNITED STATES OF AMERICA; and DOES 1-25, inclusive, <br><br> Defendants. | Case No. 2:11-CV-10800 GHK (CWx) <br> Hon. George H. King <br> Ctrm. 650 <br><br> [**PROPOSED**] ORDER APPROVING STIPULATION TO SETTLE ENTIRE ACTION AND DISMISSING CASE <br><br><br> Complaint Filed:    October 27, 2011 <br> Complaint Removed: December 29, 2011 |

Pursuant to the Stipulation of the parties to settle this entire action, and

GOOD CAUSE APPEARING THEREFOR,

/ / /

/ / /

/ / /

IT IS ORDERED that:

1. The entire action is dismissed with prejudice; and

2. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 6/26/12

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE